# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Charlie Patterson,                          :
                        Petitioner           :
                                             :
            v.                               :            No. 563 C.D. 2017
                                             :
Workers' Compensation Appeal                 :
Board (SMX Staffing),                        :
                        Respondent           :

## **O R D E R**

NOW, April 19, 2018, upon consideration of petitioner's application for reconsideration, and respondent's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge